RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/05
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE D. WALLACE | DOCKET NO. 1:05 CV 0879 |
| VS. | SECTION P |
| VICTOR JONES | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE as frivolous.**

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this 25TH day of July, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE